# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. **CV 25-6747-JFW(KES)** | Date: August 28, 2025 |

Title: Osoth Manivong -v- Pamela Bondi, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** ORDER REGARDING RESPONDENTS' CLAIM THAT RESPONDENTS HAVE OBTAINED TRAVEL DOCUMENTS FROM LAOS AND HAVE SCHEDULED PETITIONER'S REMOVAL FROM THE UNITED STATES TO LAOS ON SEPTEMBER 1, 2025

On August 27, 2025, Respondents Pamela Bondi, Kristi Noem, F. Semaia, Ernesto Santacruz, Jr., and U.S. Department of Homeland Security (collectively, "Respondents") filed an Opposition to Petitioner Osoth Manivong's ("Petitioner") Motion for Temporary Restraining Order ("Motion"). In her declaration submitted with Respondents' Opposition, Lourdes Palacios ("Palacios"), a deportation officer at the Adelanto ICE Processing Center in Adelanto, California, states that "ICE has obtained travel documents from Laos" and "has scheduled Petitioner's removal from the United States on September 1, 2025, ICE has scheduled transport to a staging area facility and has purchased passage on an international flight to Laos." However, Respondents failed to submit the travel documents from Laos, the airline ticket for Petitioner's flight to Laos, or any other relevant documents as exhibits. As a result, the Court orders Respondents to file the travel documents, airline ticket, and any other relevant documents as exhibits to a declaration of someone who can attest to the authenticity of the documents by 4:00 p.m., on August 28, 2025.

IT IS SO ORDERED.